STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7164
    Facsimile: (415) 436-7234
    jevechius.bernardoni@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF COMMERCE

D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809 3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorneys for Plaintiffs THE CENTER
FOR INVESTIGATIVE REPORTING
and WILL CARLESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL CARLESS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>    Defendant. | Case No. 3:20-cv-01783 LB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    It is hereby stipulated by and between the undersigned Plaintiffs and Defendant, by and through their respective attorneys, as follows:

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs THE CENTER FOR INVESTIGATIVE REPORTING and WILL CARLESS and Defendant the UNITED STATES

DEPARTMENT OF COMMERCE hereby stipulate to dismiss, with prejudice, the above-captioned action.

Respectfully submitted,

DATED: September 1, 2021                    Respectfully submitted,

                                                    STEPHANIE M. HINDS
                                                  Acting United States Attorney

                                                  */s/ Jevechius D. Bernardoni**
                                                  JEVECHIUS D. BERNARDONI
                                                  Assistant United States Attorney

DATED: September 10, 2021

                                                  THE CENTER FOR INVESTIGATIVE
                                                  REPORTING

                                                  */s/ D. Victoria Baranetsky*
                                                  D. Victoria Baranetsky
                                                  Attorney for Plaintiffs